ACCEPTED
06-15-00048-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/3/2015 10:09:07 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00048-CV

**IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/3/2015 10:09:07 AM
DEBBIE AUTREY
Clerk

**NIAGARA PORTFOLIO SOLUTIONS, LLC, ASSET, CONSULTING
EXPERTS, LLC, AND MICHAEL C. EVANS**
*Defendants/Appellants*

**VS.**

**JONATHAN SISTRUNK**
*Plaintiff/Appellee*

**Appeal from the 170th Judicial District Court of
McLennan County, Texas in Cause No. 2015-321-4**

## APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL

**TO THE COURT OF APPEALS:**

Appellants, ASSET, CONSULTING EXPERTS, LLC and Michael C. Evans, move this Court to dismiss the appeal and respectfully state the following.

Appellants timely perfected this restricted appeal on July 20, 2015.

Appellants no longer wish to pursue this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, Appellants move to dismiss this appeal.

Appellants further ask that costs be assessed against the party incurring same.

Appellants do not request that the mandate issue early.

FOR THESE REASONS, Appellants request that the Court grant an Order dismissing the appeal and taxing the costs of appeal against the party incurring them.

Respectfully submitted,

**THE WEAVER LAW FIRM**


 /s/ Richard D. Weaver
Richard D. Weaver
Texas Bar No. 24047083
rweaver@weaverlawyers.com
James Hamilton Foley
Texas Bar No. 24059764
jfoley@weaverlawyers.com
1800 Bering Drive, Suite 305
Houston, Texas 77057
(713) 572-4900 (Telephone)
(713) 626-9708 (Facsimile)

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

This certifies that the undersigned counsel for Appellants conferred with Appellee's counsel, John Fugate, and Appellee's counsel does not oppose this motion.

 /s/ Richard D. Weaver

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to all interested parties by service on their last known addresses by mail, return receipt requested, and/or by facsimile on this 3rd day of September, 2015, as follows:

John Fugate                                                   *Via e-mail: jfugate@fugatelaw.com*
FUGATE LAW OFFICE
100 N. 6th Street, Suite 600
Waco, Texas 76701

 /s/ Richard D. Weaver